UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Torres,

                              Plaintiff(s),                                          **O R D E R**

               -against –
                                                                        7:25-CV-02224 (CS)


Mehron, Inc.,

                              Defendant(s).
------------------------------------------------------------X

<u>Seibel, J.</u>

        It having been reported to this Court that the claims in this case have been settled, IT IS
HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within thirty days of the date of this order,
Plaintiff may apply by letter within the thirty-day period for restoration of the action to the
Calendar of the undersigned, in which event the action will be restored.


        **SO ORDERED**.

Dated: May 26, 2026
        White Plains, New York


_____
        CATHY SEIBEL, U.S.D.J.